UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | |
| ITEMS LOCATED AT THE CAMPISTE OF ) | |
| BRIAN D. SMITH AND CELL PHONES ON ) | |
| HIS PERSON AT THE TIME OF ARREST BY) | CASE NO. 21-mj-4049 |
| HSI IN JACKSON, TN, NOW IN THE ) | |
| CUSTODY OF HSI NASHVILLE, TN ) | JUDGE NEWBERN |

## MOTION TO UNSEAL SEARCH WARRANT

COMES NOW the United States of America, by and through Mark H. Wildasin, United States Attorney, and the undersigned Assistant United States Attorney, Monica R. Morrison, and moves the court to unseal the Search Warrant in this matter, so a copy may be produced to counsel for the Defendant.

A proposed order to unseal the Search Warrant accompanies this motion.

                                                                    Respectfully submitted,

                                                                    MARK H. WILDASIN
                                                                     United States Attorney

By:    *s/ Monica R. Morrison*
           MONICA R. MORRISON
           Assistant U. S. Attorney
           719 Church Street, Suite 3300
           Nashville, Tennessee 37203
           Telephone: 615-736-5151