| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> ITEMS LOCATED AT THE CAMPISTE OF ) <br> BRIAN D. SMITH AND CELL PHONES ON ) <br> HIS PERSON AT THE TIME OF ARREST BY) <br> HSI IN JACKSON, TN, NOW IN THE ) <br> CUSTODY OF HSI NASHVILLE, TN ) | CASE NO. 21-mj-4049 <br><br> JUDGE NEWBERN |

## ORDER TO UNSEAL SEARCH WARRANT

This Court is in receipt of a Motion by the United States requesting the Search Warrant be unsealed.

For the cause stated in the Government's Motion, the Motion is GRANTED.

It is so ORDERED.

ALISTAIR E. NEWBERN
UNITED STATES MAGISTRATE JUDGE